CAMACHO CALVO LAW GROUP LLC

SINFOROSO M. TOLENTINO
*stolentino@camachocalvo.law*
356 E. Marine Corps Drive, Suite 201
Hagåtña, Guam 96910
Telephone No. 671.472.6813
Facsimile No. 671.477.4375

Attorneys for Plaintiff
DORIS M.C.L.G. TOLENTINO

FILED
SUPERIOR COURT

2023 FEB 20 PM 4: 37

CLERK OF COURT

BY: _____

RECEIVED
2\\pn
FEB 16 2023

CLERK'S OFFICE
SUPERIOR COURT OF GUAM

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| DORIS M.C.L.G. TOLENTINO,<br><br>Plaintiff,<br><br>vs.<br><br>HEIRS OF FRANCISCO CAMACHO, *et al.*<br><br>Defendants. | CIVIL CASE NO. CV0247-21<br><br>**DECISION AND ORDER** |

This matter came before the Honorable Judge Arthur R. Barcinas on November 29, 2022 for a hearing on Plaintiff, DORIS M.C.L.G. TOLENTINO'S Motion for Summary Judgment pursuant to Guam Rule of Civil Procedure 56 filed on August 8, 2022. Having reviewed the pleadings, the arguments presented, and the record, the Court is satisfied that an Order granting Quiet Title in and to Lot 2145-85, Chalan Mamjanao, Municipality of Dededo, Territory of Guam, more particularly described herein (the "Property") to Doris M.C.LG. Tolentino is warranted. IT IS HEREBY ORDERED ADJUDGED AND DECREED:

1. That Plaintiff met all statutory requirements under 21 GCA §25101 (2005) to forward her claim of quiet title against the Defendants. Plaintiff filed a verified complaint containing the pertinent allegations against Defendant who may have an interest adverse to the Plaintiff's interest in the property, as well as other persons unknown claiming any interest in the

160123-000001.198933

Property adverse to the Plaintiff's ownership. Plaintiff also filed a notice of lis pendens in this action. Plaintiff made reasonable and good faith attempts to serve all the Defendants either personally or by way of publication, and no responsive pleading by any Defendant has been received or otherwise filed with the court. Plaintiff has presented evidence showing that only Plaintiff, as a matter of fact and law, has all right, title and interest in and to the Property, to the exclusion of any of the Defendants or anyone else who might claim an Interest in the Property.

2. That the subject Property is Lot No. 2145-85 Chalan Mamjanao, Municipality of Dededo, Territory of Guam, Estate No. 6226, Suburban, with a metes and bounds description as follows:

| COURSE | BEARING | DISTANCE |
|---|---|---|
| 1-2 | N 82° 06" 00" E | 30.48 meters |
| 2-3 | N 7° 54" 00" E | 30.48 meters |
| 3-4 | S 82° 06" 00" W | 30.48 meters |
| 4-1 | N 66° 54" 00" W | 30.48 meters |
| L Guam Memorial to Cor. #1 | S 66° 21" 59" E | 1654.78 meters |

2. That Emilia C. Camacho was the owner in fee simple of the Property. By Deed of Gift, Emilia C. Camacho transferred and conveyed in fee simple any and all rights, title and interest in the Property, to her children "to share and share alike", namely Rosita Camacho Perez, Remedios Camacho Salas, David Camacho, Maria Camacho Moylan, Lolita Camacho Leon Guerrero, Patricia Camacho, and Francisco Camacho (collectively the "Camacho Siblings"). The Registrar of Title issued Certificate of Title 64041 dated November 9, 1973 in favor of the Camacho siblings. As demonstrated by Plaintiff, each of the Camacho Siblings, and/or the heirs of each Camacho Sibling quitclaimed their respective interests to Defendant Maria Camacho

160123-000001.198933

Moylan or to Plaintiff. Maria Camacho Moylan's sole heir, James C. Moylan, transferred all interest in the Property to Plaintiff. Thus, none of the named Defendants have any right, claim or interest of any kind in the Property.

3. That Rosita Camacho Perez passed away on May 11, 1977. The heirs of Rosita Camacho Perez, namely Pedro C. Perez, Jr. Allen C. Perez and Lillian C. Sarrano quitclaimed all right title and interest in the Property, both legal and equitable, in favor of Maria Camacho Moylan, by Deed of Gift dated June 16, 1984. The original Deed of Gift was deposited with this Court as Exhibit 2 of the Affidavit of Plaintiff filed in this case.

4. That Remedios Camacho Salas passed away January 27, 1990. Prior to her death, Remedios Camacho Salas by Deed of Gift dated November 14, 1984, quitclaim all right title and interest in the Property, both legal and equitable, to Maria Camacho Moylan. The original Deed of Gift was deposited with this Court as Exhibit 3 of the Affidavit of Plaintiff filed in this case.

5. That David Camacho Camacho passed away on September 11, 1994. At the time of his death, he was survived by his wife, Concepcion C. Camacho, and their children Marie Elaine C. Ayuyu, David L.C. Camacho, Frank T. Camacho, John Camacho, Barabara C. Cruz, and Patricia Miller. Concepcion C. Camacho, Barbara A.C. Cruz, David Luis Castro, Camacho, Frank T. Camacho, David L.C. Camacho, and Maria Elaine C. Ayuyu each quitclaimed all right, title and interest in the Property, both legal and equitable, to Plaintiff by separate Quitclaim Deeds dated December 7, 2013. The original Quitclaim Deeds were deposited with this Court as Exhibit 4, 6, 7, 8, and 9 of the Affidavit of Plaintiff filed in this case. John A. Camacho quitclaimed all right, title and interest in the Property, both legal and equitable, to Plaintiff by Quitclaim Deed dated December 20, 2013. The original Quitclaim deed was deposited with this Court as Exhibit 5 of the Affidavit of Plaintiff filed in this case. Patricia C. Miller quitclaimed all right, title and

interest in the Property, both legal and equitable, to Plaintiff by Deed of Gift dated January 15, 2014. The original Deed of Gift was deposited with this Court as Exhibit 10 to the Affidavit of Plaintiff filed in this case.

6. That Maria Camacho Moylan passed away on October 29, 2008. At the time of her death, she was survived by her son James C. Moylan. James C. Moylan by Deed of Gift dated November 14, 2013, quitclaimed all of his right, title, interest, and estate, both legal and equitable, in the Property to Plaintiff. The original Deed of Gift was deposited with this Court as Exhibit 11 to the Affidavit of Plaintiff filed in this case.

7. That Lolita Camacho Leon Guerrero passed away on February 20, 1984. At the time of her death, she was survived by her husband, Felix P. Leon Guerrero, and their children Felixberto C. Leon Guerrero, Catherine C. Leon Guerrero, Michael C. Leon Guerrero and Plaintiff herein. On August 11, 1984, Felixberto C. Leon Guerrero, Michael C. Leon Guerrero, Catherine C. Leon Guerrero and Plaintiff quitclaimed unto Maria Camacho Moylan, all right, title, interest, and estate, both legal and equitable, in the Property. The original Deed of Gift was deposited with this Court as Exhibit 12 to the Affidavit of Plaintiff filed in this case. On November 25, 2013, Felix P. Leon Guerrero by Quitclaim Deed quitclaimed unto Plaintiff, all right, title, interest, and estate, both legal and equitable in the Property. The original Deed of Gift was deposited with this Court as Exhibit 13 to the Affidavit of Plaintiff filed in this case.

9. That Patricia Camacho Camacho passed away on November 23, 2008. Prior to her death, Patricia Camacho Camacho by Deed of Gift dated August 11, 1984, quitclaimed unto Maria Camacho Moylan, all right, title, interest, and estate, both legal and equitable in the Property. The original Deed of Gift was deposited with this Court as Exhibit 14 to the Affidavit of Plaintiff filed in this case.

160123-000001.198933

10. That Francisco Camacho Camacho, by Deed of Gift dated April 10, 2013, and recorded April 16, 2013 in the Department of Land Management as Instrument No. 850491, quitclaimed unto Plaintiff all of his right, title, interest and estate, both legal and equitable, in the Property. Francisco also included an affidavit which asserted he and his siblings understood the conveyance of ownership "to share and share alike" to mean that each of the children obtained ownership of the property as joint tenants with the right of survivorship and that he being the last surviving co-owner of the subject property was the sole owner of the property. The Deed of Gift and the Affidavit were filed with the Department of Land Management on April 16, 2013. A true and correct copy of the Deed and Affidavit are attached as Exhibit 1 in the Affidavit of Doris L.G. Tolentino.

10. That Plaintiff's title to the Property, as reflected in the conveyances described in Paragraphs 2 to 9, from the Camacho siblings and each of their heirs directly to Plaintiff, or to Plaintiff by way of conveyance to Maria Camacho Moylan and thereafter to Plaintiff by her sole heir, be forever quieted against any and all claims or demands of said the Defendants to any right, title, possession, lien, interest or equity in the Property.

11. That upon filing and recording of this Order at the Department of Land Management, the Registrar shall register the Property pursuant to this order and issue a new certificate of title to the Property in favor of Plaintiff Doris M.C.L.G Tolentino.

**IT IS SO ORDERED** nunc pro tunc this _____ day of ___FEB 2 0 2023___,

2023.

HONORABLE ARTHUR R. BARCINAS
Judge, Superior Court of Guam

5